UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEHARD WANZENBOCK,<br><br>                          **Plaintiff,**<br><br>v.<br><br>SULLIVAN AND ASSOCIATES, INC.<br>and ANDREW SULLIVAN,<br><br>                        **Defendants.** | CIVIL ACTION<br><br>No. 02-CV-142 (JPF)<br><br>**FILED NOV 15 2004** |

## STIPULATION OF DISMISSAL AND ORDER DISMISSING ACTION

And now, on this _10th_ day of November, 2004, the parties to this action, having notified the Court that the matter has been settled between them, hereby stipulate to the entry of an order dismissing the action, with prejudice, without costs pursuant to the settlement agreement between them.

| | |
|---|---|
| WILLIAMS, CUKER & BEREZOFSKY<br><br>BY: _[signature]_<br>    Gerald J. Grant, Esquire<br>    One Penn Center at Suburban Station<br>    1617 J.F.K. Boulevard, Suite 800<br>    Philadelphia, PA  19103-2030<br>    (215) 557-0099<br><br>Attorneys for Plaintiff<br>Gerhard Wanzenbock | LIGHTMAN, MANOCHI & CHRISTENSEN<br><br>BY: _[signature]_<br>    Gary P. Lightman, Esquire<br>    Glenn A. Manochi, Esquire<br>    1520 Locust Street, 12th Floor<br>    Philadelphia, PA  19102-4401<br>    (215) 545-3000<br><br>Attorneys for Defendants<br>Sullivan & Associates, Inc. and<br>Andrew T. Sullivan |

## **ORDER**

AND NOW, this _____ day of November 2004, the parties having entered into a stipulation of dismissal, the above-referenced action is DISMISSED, with prejudice, without costs.

BY THE COURT:

_____
John P. Fullam, U.S.D.J.